## IN THE UNITED STATES DISTRICT COURT FOR
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TNK MARINE TRANSPORT, LLC,

      Plaintiff,

v.

BIG 3 DIESEL REPAIR, LLC.

      Defendant.

Civil Action No. _____

## COMPLAINT

    Plaintiff, TNK Marine Transport, LLC, by and through its undersigned counsel, files the following Complaint against Defendant Big 3 Diesel Repair, LLC.

## INTRODUCTION

    Plaintiff TNK Marine Transport, LLC ("TNK Marine Transport" or "Plaintiff") is in the business of hauling boats via truck across the United States.  This case arises from Big 3 Diesel Repair, LLC's ("Big 3 Diesel Repair" or "Defendant") intentional deception and failed attempts to repair TNK Marin Transport's 2006 F550 6.0 Diesel truck.

## THE PARTIES

    1.    Plaintiff TNK Marine Transport, LLC is a limited liability company organized and existing under the laws of the State of Pennsylvania, with its principal place of business in the Commonwealth of Pennsylvania at 3807 New Texas Road, Pittsburgh, Pennsylvania 15239.

    2.    Todd Brown ("Mr. Brown"), an adult individual, is a citizen of the Commonwealth of Pennsylvania, residing at 3807 New Texas Road, Pittsburgh, Pennsylvania 15239 and is the sole member of TNK Marine Transport.

3.     Defendant Big 3 Diesel Repair, LLC is a limited liability company organized and existing under the laws of the State of Florida, with its principal place of business in the State of Florida at 2515 71st Street, Suite B, Tampa, Florida 33619.

4.     Upon information and belief, there are no individual members of Big 3 Diesel Repair who are citizens of the Commonwealth of Pennsylvania, and there are no juristic members of Big 3 Diesel Repair that are organized or exist under the laws of the Commonwealth of Pennsylvania or maintain a principal place of business in the Commonwealth of Pennsylvania.

## JURISDICTION AND VENUE

5.     This Court has personal jurisdiction over Defendant pursuant to 42 Pa. C.S. § 5322 because Defendant has caused harm or tortious injury in the Commonwealth of Pennsylvania by an act or omission outside of the Commonwealth of Pennsylvania.

6.     This Court has subject matter jurisdiction over Plaintiff's claims against Defendant within the meaning of 28 U.S.C. §1332 because: (1) complete diversity of citizenship exists among the parties; and (2) the amount in controversy exceeds the sum or value of $75,000, exclusive of interests and costs.

7.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because (1) a substantial part of the events and omissions giving rise to Plaintiff's claims against Defendant continue to occur in this District; and (2) a substantial part of Plaintiff's property that is the subject of this action is located in this District.

## FACTUAL BACKGROUND

8.     TNK Marine Transport is a Pittsburgh-based marine transport company that specializes in the transportation of oversized boats across the United States.

2

9.     On or about January 8, 2018, Mr. Brown was in the process hauling an oversized boat to Florida pursuant to a contract with a third party

10.     On or about January 8, 2018, Mr. Brown noticed that his engine was overheating and brought his 2006 F550 6.0 Diesel truck (the "Truck") to Big 3 Diesel Repair in Tampa, Florida.

11.     Big 3 Diesel Repair initially performed diagnostics on the Truck and determined that the overheating was caused by head gaskets in the engine.

12.     Big 3 Diesel Repair advised Mr. Brown that the engine required a "full rebuild."

13.     After being informed about the cause of the overheating problem, Mr. Brown informed Big 3 Diesel Repair about the nature of his business and requested that the repairs be made as soon as possible.

14.     Between January 8, 2018 and January 19, 2018, Big 3 Diesel Repair completed the engine rebuild in the Truck.

15.     On or about January 19, 2018, TNK Marine Transport paid $16,449.66 to Big 3 Diesel Repair for the engine rebuild in the Truck.  (A true and correct copy of a January 11, 2018 invoice is attached hereto as **Exhibit A**).

16.     Less than one month later, on or about February 6, 2018, Mr. Brown noticed that the Truck engine was overheating and brought the Truck back to Big 3 Diesel Repair.

17.     At this time, Big 3 Diesel Repair examined the Truck and determined that the radiator and turbo needed to be replaced.

18.     Between February 6, 2018 and February 9, 2018, Big 3 Diesel Repair replaced the radiator and turbo in the Truck.

3

19.    On or about February 9, 2018, TNK Marine Transport paid Big 3 Diesel Repair $1,713.48 for the replacement of the radiator and turbo. (A true and correct copy of a February 5, 2018 invoice is attached hereto as **Exhibit B**).

20.    Four days later, on or about February 13, 2018, Mr. Brown noticed that the Truck engine was overheating and brought the Truck back to Big 3 Diesel Repair.

21.    At this time, Big 3 Diesel Repair examined the Truck and determined that the engine block was not level. Big 3 Diesel Repair informed Mr. Brown that the engine block would need to be sent to a machine shop to be resurfaced, but that the engine block was covered under warranty.

22.    At this time, because the engine was already completely disassembled, Mr. Brown elected to have Big 3 Diesel Repair replace the piston rings in the engine block.

23.    Between February 13, 2018 and February 28, 2018, Big 3 Diesel Repair repaired the engine block and replaced the piston rings in the engine block of the Truck.

24.    On or about February 28, 2018, TNK Marine Transport paid Big 3 Diesel Repair $394.65 for replacement of the piston rings. (A true and correct copy of a February 28, 2018 invoice is attached hereto as **Exhibit C**).

25.    Two days later, on or about March 2, 2018, Mr. Brown noticed that the Truck engine was running rough and losing power near Seneca, South Carolina.

26.    At this time, Mr. Brown contacted Big 3 Diesel Repair, who advised Mr. Brown to take the Truck to the nearest Ford dealer for diagnostics.

27.    On or about March 2, 2018, Mr. Brown brought the Truck to Roger Shifflet Ford Dealer in Gaffney, South Carolina (the "Shifflet Ford Dealer") for diagnostics.

4

28.    Between March 2, 2018 and March 8, 2018, the Shifflet Ford Dealer performed diagnostics and determined there was zero compression in the first engine cylinder and that there was "air coming from the crank case."

29.    On or about March 8, 2018, Mr. Brown informed Big 3 Diesel Repair of the diagnostic report from the Shifflet Ford Dealer.

30.    Big 3 Diesel Repair indicated that the issues would be covered under the warranty, but the Truck would need to be towed to Big 3 Diesel Repair's shop in Tampa, Florida.

31.    On or about March 8, 2018, TNK Marine Transport paid $719.70 for the diagnostic services performed by the Shifflet Ford Dealer.

32.    From March 8, 2018 to March 9, 2018 the Truck was towed to Big 3 Diesel Repair's shop in Tampa, Florida.

33.    TNK Marine Transport paid $1,295 for the Truck to be towed to Big 3 Diesel Repair's shop in Tampa, Florida.

34.    Between March 9, 2018 and March 27, 2018, Big 3 Diesel Repair examined the Truck and advised Mr. Brown that the Truck needed new pistons.

35.    Big 3 Diesel Repair charged TNK Marine Transport $1,401.70 for the new pistons.  (A true and correct copy of an April 10, 2018 invoice is attached hereto as **Exhibit D**).

36.    Two weeks later, on or about April 10, 2018, Mr. Brown noticed that the Truck engine was overheating again.

37.    At this time, Mr. Brown paid $328.13 to tow the Truck to the closest Ford dealership, AutoNation Ford Brooksville in Florida (the "AutoNation Ford Dealer").

38.    Between April 10, 2018 and April 13, 2018, AutoNation Ford Dealer performed diagnostics and replaced the fan clutch and thermostat in the engine.

39.    On or about April 13, 2018, TNK Marine Transport paid AutoNation Ford Dealer $1,185.12 for replacement fan clutch and thermostat in the engine.

40.    On or about July 15, 2018, Mr. Brown noticed that the Truck engine was overheating and brought the Truck to Rocco Bros. Performance LLC ("Rocco Bros"), a trusted repair shop in Salina, Pennsylvania.

41.    Rocco Bros performed diagnostics on the engine and determined that the cylinder head gaskets were extremely cracked and in need of immediate replacement.

42.    Rocco Bros informed Mr. Brown that the cylinder head gaskets appeared to be "used" and from an older Truck with significant wear and tear.  This was verified by both the mechanic at Rocco Bros and the machine shop.

43.    On or about July 15, 2018, Rocco Bros replaced the damaged cylinder heads and head gaskets in the Truck.

44.    On or about July 15, 2018, TNK Marine Transport paid Rocco Bros $6,729.89 to replace the damaged cylinder heads and head gaskets in the Truck.

45.    The cylinder heads and head gaskets were initially installed by Big 3 Diesel Repair on or about February 28, 2018.

46.     Big 3 Diesel Repair represented that the cylinder heads and head gaskets were *new* parts when they were installed.

47.    Upon information and belief, the cylinder heads and head gaskets installed by Big 3 Diesel Repair were *used* parts.

48.    Upon information and belief, other parts installed by Big 3 Diesel Repair were *used*.

49.    On or about April 29, 2018, Mr. Brown filed a complaint with the Better Business Bureau in Florida against Big 3 Diesel Repair.

50.    In response to the complaint, Big 3 Diesel Repair admitted that "[w]e admittedly made a mistake when reconstructing because deck depth was missed, where the cylinder head meets the block."

51.    Over a period of four months, Big 3 Diesel Repair attempted to correct the same overheating issue with the Truck.

52.    During this period, the Truck was out of service while TNK Marine Transport was in the process of completing contracts with third parties.

53.    TNK Marine Transport was forced to reschedule and refuse numerous inquiries for transportation because of the unreliability and unavailability of the Truck.

54.    TNK Marine Transport lost substantial business profits as a result of its inability to fulfill potential contracts.

55.    After Big 3 Diesel Repair's attempts to repair the Truck continued to fail, TNK Marine Transport was forced to purchase a new truck for over $15,000 to mitigate any additional lost profits.

56.    Big 3 Diesel Repair provides the following warranty on the invoices for all of the work done on the Truck: "WE OFFER A 1 YEAR 15K MILE WARRANTY ON PARTS AND LABOR EXCLUDING THE FOLLOWING: USED PARTS, CONSUMABLES OR WEARABLES – BRAKE PADS, ROTORS, ETC. . . . ."

57.    Big 3 Diesel Repair makes the following representations on its website:

(a)    "We at Big 3 Diesel Repair pride ourselves in the fact that when trucks leave our shop they will be running as good as it did right off the lot and have the reliability that a diesel engine should have."

7

     (b)     "All of our repairs offer a <u>1 year 15K MILE WARRANTY</u>."

     (c)     "We have fixed <u>EVERY</u> truck that has came [sic] in to our shop if the <u>budget allows</u>!"

     (d)     "<u>No calls</u> saying 'We don't know what's wrong, Come pickup [sic] the truck!'"

58.     Upon information and belief, these promises were conveyed to Mr. Brown when the Truck was taken to Big 3 Diesel Repair in January 2018.

59.     Upon information and belief, Big 3 Diesel Repair intentionally lied to and misled Mr. Brown with respect to the ability of Big 3 Diesel Repair.

60.     Upon information and belief, Big 3 Diesel Repair intentionally lied to and misled Mr. Brown with respect to the warranty offered by Big 3 Diesel Repair.

61.     Upon information and belief, Big 3 Diesel Repair intentionally lied to and misled Mr. Brown with respect to the *new* parts that were purportedly used by Big 3 Diesel Repair.

62.     Upon information and belief, the promises made by Big 3 Diesel Repair were a substantial factor in Mr. Brown's decision to use Big 3 Diesel Repair to repair the Truck.

## COUNT I
## BREACH OF CONTRACT

63.     TNK Marine Transport hereby incorporates the preceding Paragraphs of this Complaint as if the same were set forth fully herein.

64.     There is a valid, binding, and enforceable contract between TNK Marine Transport and Big 3 Diesel Repair.

65.     Pursuant to the contract, Big 3 Diesel Repair promised to: (a) repair the overheating issues in TNK Marine Transport's Truck; (b) provide a one (1) year and fifteen thousand (15,000) mile warranty on the repair work; and (c) install new parts for any repair work.

8

66.     Big 3 Diesel Repair breached the Agreement by: (a) failing to repair the overheating issues in TNK Marine Transport's Truck; (b) failing to honor the one (1) year and fifteen thousand (15,000) mile warranty on the repair work; and (c) failing to install new parts for any repair work.

67.     Big 3 Diesel Repair's breach of the contract has proximately caused TNK Marine Transport to incur damages, including without limitation consequential damages for lost business profits, and Defendant has wrongfully profited from such breach.

WHEREFORE, Plaintiff TNK Marine Transport respectfully requests that this Court enter Judgment in its favor on Count I against Defendant Big 3 Diesel Repair and grant TNK Marine Transport the relief set forth in its Prayer for Relief.

## COUNT II
## BREACH OF WARRANTY

68.     TNK Marine Transport hereby incorporates the preceding Paragraphs of this Complaint as if the same were set forth fully herein.

69.     The contract between TNK Marine Transport and Big 3 Diesel Repair includes the following express warranty:

> WE OFFER A 1 YEAR 15K MILE WARRANTY ON PARTS AND LABOR EXCLUDING THE FOLLOWING: USED PARTS, CONSUMABLES OR WEARABLES – BRAKE PADS, ROTORS, ETC. . . . . .

70.     Big 3 Diesel Repair breached the warranty by its continued failed attempts to repair the overheating issue in the Truck.

71.     Big 3 Diesel Repair's breach of the warranty has proximately caused TNK Marine Transport to incur damages, including without limitation consequential damages for lost business profits, and Defendant has wrongfully profited from such breach.

WHEREFORE, Plaintiff TNK Marine Transport respectfully requests that this Court enter Judgment in its favor on Count II against Defendant Big 3 Diesel Repair and grant TNK Marine Transport the relief set forth in its Prayer for Relief.

**COUNT III**
**VIOLATION OF FLORIDA'S DECEPTIVE AND UNFAIR TRADE PRACTICES ACT**

72.    TNK Marine Transport hereby incorporates the preceding Paragraphs of this Complaint as if the same were set forth fully herein.

73.    Big 3 Diesel Repair engaged in unfair and deceptive trade practices by making false and misleading representations to TNK Marine Transport, including but not limited to the following:

(a)    Big 3 Diesel Repair intentionally lied to and misled Mr. Brown with respect to the ability of Big 3 Diesel Repair.

(b)    Big 3 Diesel Repair intentionally lied to and misled Mr. Brown with respect to the warranty offered by Big 3 Diesel Repair.

(c)    Big 3 Diesel Repair intentionally lied to and misled Mr. Brown with respect to the *new* parts that were purportedly used by Big 3 Diesel Repair.

74.    Big 3 Diesel Repair's unfair and deceptive trade practices have proximately caused TNK Marine Transport to incur actual damages, including without limitation, the diminution in the value of the Truck, as well as attorney's fees and costs, and Defendant has wrongfully profited from such practices.

WHEREFORE, Plaintiff TNK Marine Transport respectfully requests that this Court enter Judgment in its favor on Count III against Defendant Big 3 Diesel Repair and grant TNK Marine Transport the relief set forth in its Prayer for Relief.

## COUNT IV
### FRAUD

75.    TNK Marine Transport hereby incorporates the preceding Paragraphs of this Complaint as if the same were set forth fully herein.

76.    Big 3 Diesel Repair made a false statement concerning a specific material fact when it represented that it replaced damaged parts in the Truck's engine with new machined parts.

77.    At the time that Big 3 Diesel Repair made these representations, it knew that the representations were false.

78.    At the time that Big 3 Diesel Repair made these representations, it intended to induce TNK Marine Transport's reliance on them.

79.    Big 3 Diesel Repair's fraudulent statements have proximately caused TNK Marine Transport to incur damages, including without limitation consequential damages for lost business profits, and Defendant has wrongfully profited from such fraud.

WHEREFORE, Plaintiff TNK Marine Transport respectfully requests that this Court enter Judgment in its favor on Count IV against Defendant Big 3 Diesel Repair and grant TNK Marine Transport the relief set forth in its Prayer for Relief.

## COUNT V
### UNJUST ENRICHMENT

80.    TNK Marine Transport hereby incorporates the preceding Paragraphs of this Complaint as if the same were set forth fully herein.

81.    In the alternative, TNK Marine Transport conferred a benefit on Big 3 Diesel Repair by paying for the failed repairs of Big 3 Diesel Repair.

11

82.    TNK Marine Transport paid for the repairs and parts from Big 3 Diesel Repair based on Big 3 Diesel Repair's promise to fix the issues with the Truck's engine.

83.    Big 3 Diesel Repair failed to repair the issues with the Truck's engine as promised.

84.    It would be inequitable for Big 3 Diesel Repair to retain the benefit of payment from TNK Marine Transport when TNK Marine Transport was denied the benefit of repairs.

WHEREFORE, Plaintiff TNK Marine Transport respectfully requests that this Court enter Judgment in its favor on Count V against Defendant Big 3 Diesel Repair and grant TNK Marine Transport the relief set forth in its Prayer for Relief.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff TNK Marine Transport respectfully requests that this Court enter Judgment in its favor on Counts I-V against Defendant Big 3 Diesel Repair and grant TNK Marine Transport the relief as follows:

1.    For compensatory damages, plus pre-judgment and post-judgment interest thereon at the maximum legal rate;

2.    For future lost profits;

3.    For punitive damages;

4.    To award all costs, expenses, attorneys' fees and other relief authorized by this provision; and

5.    For such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff TNK Marine Transport, LLC demands a Jury Trial on all issues so triable.


Dated: September 11, 2018

/s/ Robert M. Palumbi
Robert M. Palumbi, Esq.
Pa. I.D. No. 307774
Jeffrey M. Stacko, Esq.
Pa. I.D. No. 314941
DINSMORE & SHOHL LLP
1300 Six PPG Place
Pittsburgh, PA 15222
412.281.5000 (t)
412.281.5055 (f)

*Attorney for Plaintiff,*
*TNK Marine Transport, LLC*